1 | Thomas P. Riley, SBN 194706
2 | LAW OFFICES OF THOMAS P. RILEY, P.C.
  | First Library Square
3 | 1114 Fremont Avenue
  | South Pasadena, CA 91030-3227
4 | Tel:  626-799-9797
  | Fax: 626-799-9795
5 | TPRLAW@att.net

6 | Attorneys for Plaintiff
  | J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Eduardo Martin, et al.,<br><br>Defendants. | CASE NO. CV 10-00544 OWW SKO<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS EDUARDO MARTIN, RONNIE MARTIN, DANIEL MARTIN and FERNANDO MARTIN, individually and d/b/a EL PARGO BAR & GRILL; and M J BROTHERS, INC., a Corporation d/b/a EL PARGO BAR & GRILL |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants EDUARDO MARTIN, RONNIE MARTIN, DANIEL MARTIN and FERNANDO MARTIN, individually and d/b/a EL PARGO BAR & GRILL, and M J BROTHERS, INC., an unknown business entity d/b/a EL PARGO BAR & GRILL that the above-entitled action is hereby dismissed **with prejudice** against EDUARDO MARTIN, RONNIE MARTIN, DANIEL MARTIN and FERNANDO MARTIN, individually and d/b/a EL PARGO BAR & GRILL; AND M J BROTHERS, INC., a Corporation d/b/a EL PARGO BAR &

GRILL and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 24, 2010          *s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.

Dated:     June 30, 2010          *s/ William C. Hahesy*
                              **LAW OFFICES OF WILLIAM C. HAHESY**
                              By:  William C. Hahesy
                              Attorneys for Defendants
                              EDUARDO MARTIN, RONNIE MARTIN,
                              DANIEL MARTIN and FERNANDO MARTIN,
                              individually and d/b/a EL PARGO BAR & GRILL;
                              and M J BROTHERS, INC., a Corporation
                              d/b/a EL PARGO BAR & GRILL

IT IS SO ORDERED.

Dated:  **July 1, 2010**               **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE